UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § |
| vs. | Criminal No. 21-577 |
| SCOTT J. DAVIS | |
| Defendant. | |

## SENTENCE DATA SHEET

**CITIZENSHIP:** United States

**GUILTY PLEA:** Count One -- Wire Fraud

**SUBSTANCE OF PLEA AGREEMENT:** Not Applicable.

**COUNT ONE:** Wire Fraud in violation of 18 United States Code, Section 1343

**ELEMENTS:** *First:* That the defendant knowingly devised or intended to devise any scheme to defraud that is [**DAVIS** knowingly and intentionally devised and executed a scheme and artifice to defraud the SBA, Financial Institution 1, Financial Institution 2, and to obtain money and property];
*Second:* That the scheme to defraud employed false material representations, pretenses, and promises;
*Third:* That the defendant transmitted and caused to be transmitted, by way of wire communications, in interstate commerce, any writing, sign, signal, picture, and sound for the purpose of executing such scheme; and
*Fourth:* That the defendant acted with a specific intent to defraud.

**PENALTY:** Not more than 20 years imprisonment and/or a fine of not more than $250,000, not more than 3 year supervised release, and a $100 special assessment.

**ALTERNATIVE FINE BASED ON GAIN OR LOSS:** Not Applicable

| | |
|---|---|
| **SENTENCING GUIDELINES:** | Advisory |
| **SUPERVISED RELEASE:** | Maximum 3 year supervised release (18 U.S.C. §§ 3559(a)(3) and 3583(b)(2)); if the defendant violates the conditions of release, then the defendant may be imprisoned for up to 2 year without credit for time already served on the term of supervised release, 18 U.S.C. § 3559(a)(3) and 3583(e)(3). |
| **SPECIAL ASSESSMENT:** | $100 |
| **ATTACHMENTS** | None |