United States District Court
Southern District of Texas
**ENTERED**
June 03, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | CRIMINAL NO: 4:21-cr-577 |
| SCOTT JACKSON DAVIS, § § Defendant. § | |

## PRELIMINARY ORDER OF FORFEITURE

On May 26, 2022, Defendant Scott Jackson Davis pleaded guilty to Count One of the Indictment, charging him with Wire Fraud, in violation of 18 U.S.C. § 1343.

The Indictment provided the defendant notice that, in the event of conviction, the United States would seek to forfeit, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all property real and personal, which constitutes or is derived from proceeds traceable to such offense. Based on the record, the Court finds that the United States has established the requisite nexus between the property listed below and the offenses of conviction.

Accordingly, the Court ORDERS the following property is forfeited to the United States of America:

a. A 2020 Cadillac Escalade, VIN # 1GYS3KKJ9LR213301, Texas License Plate SR717;

b. A 2021 GMC Sierra, VIN # 3GTU9FET5MG229059, Texas License Plate STA01;

c. A 5.58 Carat Diamond, and the piece of jewelry it may be attached to, purchased for approximately $30,000;

d. A 2.60 Carat Diamond, and the piece of jewelry it may be attached to, purchased for approximately $6,500;

e. Real property at 3019 Linkwood Drive, Houston, TX 77025 with legal description of:

*Lot Eight (8), In Block Ten (10), of Knollwood Village, Section Seven, a*

*Subdivision in Harris County, Texas, according to the map or plat thereof, recorded in Volume 40, page 55 of the map of Harris County, Texas.*

f. Real property at 23226 Oak Hollow Lane, Tomball, TX 77377 with legal description of:

*Situated in the City of Tomball, County of Harris, and State of Texas:*

*All that certain tract or parcel containing 5.593 acres of land in the J.H. Edwards Survey, A-20, Harris County, Texas, being a portion of a 32.0467 acre tract which was conveyed from E. Wheeler Coe, Jr., Trustee To John R. Frey, Trustee, by an instrument of record in File No. F991833 Of the Official Public Records of Real Property of Harris County, Texas (HCOPRRP), said 5.593 acres being more particularly described as follows, to Wit:*

*Commencing for Reference at a 2" iron pipe found marking the southeast Corner of the aforementioned 32.0467 acre tract, also being the most Easterly northeast corner of a 132.7706 acre tract conveyed from Thomas A. Glazier, et al, to John R. Fray Properties, Inc., by an instrument of record in File No. F853837, HCOPRR;*

*Thence N 0 degrees 0145' E 511.48 feet along the east line of said 32.0467 Acre tract to a 5/8" iron rod set for the southeast corner and Place of BEGINNING of the tract herein described;*

*Thence N89 degrees 29'09" W, 266.26 feet along the center line of a 45 foot road to a point for Southwest corner;*

*Thence N 0 degrees 30'51 E, at 22,50 feet pass a 5/8" iron rod set for reference in the north line of said 46 foot road, at 825.81 feet pass a 5/8"*

> *iron rod set for reference, and continuing for a distance in all of 860.81 feet to a point for northwest corner in the center line of the Spring Creek;*
>
> *Thence S 88 degrees 31'30" E, 47.79 feet along the center line of Spring Creek to an angle point;*
>
> *Thence N 55 degrees 57'01" E, 260.99 fee along the center line of Spring Creek to a point for northeast corner also being the northeast corner of the aforementioned 32.0467 acre tract;*
>
> *Thence S 0 degrees 18'43" W, along the east lien of said 32.0487 acre tract at 985.59 feet pass a 5/8" iron rod set for reference in the north line of said 45 foot road, and continuing for a distance in all of 1008.09 feet to the Place of Beginning and containing 5.593 acres of land.*

   g. A personal money judgment against Defendant Scott Jackson Davis in the amount of $3,346,813.00

1) The United States of America shall publish notice of this forfeiture order and shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

2) Any person, other than the defendant, asserting a legal interest in the forfeited property may, within thirty (30) days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of their alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in that property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in that property, and any other facts which support the petitioner's claim and the relief sought.

The petition shall be filed with the United States District Clerk, Southern District of Texas, Houston Division, United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002. A copy of the petition shall be sent to Rick Blaylock, Assistant United States Attorney, 1000 Louisiana, Suite 2300, Houston, Texas 77002.

3) If no one has filed a petition asserting an interest in the forfeited property, in accordance with 21 U.S.C. § 853(n) before the expiration of the period provided, any and all potential third-party petitioners will be held in default and this order will be final as to any and all third-party petitioners. See 21 U.S.C. § 853(n)(7).

4) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(B) the forfeiture shall be made part of the defendant's sentence and included in the judgment.

Signed at Houston, Texas, on ___June 2___, 2022.

_____
Honorable David Hittner
United States District Judge